

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00002-CV

———————————————

IN RE RYAN BOWEN AND RYAN BOWEN GLOBAL ENTERPRISES, LLC,
Relators

———————————————

Original Proceeding
431st District Court of Denton County, Texas
Trial Court No. 22-4566-431

———————————————

Before Womack, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for emergency stay and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for emergency stay are denied.

Per Curiam

Delivered: January 2, 2026